IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:22cr266 |
| ) | |
| v. ) | |
| ) | |
| Wynn A.D. Charlebois ) | |

## MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, who moves this Court for an order directing that the Indictment and the arrest warrant be unsealed immediately. There is no further need to keep the existence of the Indictment secret, as Defendant Charlebois was arrested earlier today.

Respectfully submitted this 18th day of November 2022.

           DENA J. KING
           UNITED STATES ATTORNEY

           s/Jenny G. Sugar
           JENNY G. SUGAR
           ASSISTANT UNITED STATES ATTORNEY
           Member New York Bar
           Attorney for the United States
           227 West Trade Street, Suite 1650
           Charlotte, NC 28202
           (704) 344-6222 (office)
           (704) 227-0197 (facsimile)
           Email: jenny.sugar@usdoj.gov