# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>WYNN A.D. CHARLEBOIS,<br><br>*Defendant.* | DOCKET NO. 3:22-CR-266-RJC<br><br>UNOPPOSED MOTION TO EXTEND PRESENTENCE REPORT OBJECTION DEADLINE |

Wynn A.D. Charlebois, by and through his counsel of record, Assistant Federal Defender John Parke Davis, respectfully requests that this Court continue the Presentence Report Objection deadline currently scheduled for October 10, 2023. As grounds therefore, it is averred:

1. On July 31, 2021, Mr. Charlebois pled guilty to one count of the Bill of Indictment charging him with wire fraud, pursuant to 18 U.S.C. § 1343. Mr. Charlebois pled guilty pursuant to a written plea agreement.

2. On September 25, 2023, the Draft Presentence Report (Doc. 27) was filed in this case. The parties were notified that the Presentence Report Objection deadline was October 9, 2023, which fell on a federal holiday (Indigenous People's Day). Thus, pursuant to Rule 45 (a)(1)(C) of the Federal Rules of Criminal Procedure, the Objection deadline is October 10, 2023.

3. Defense counsel needs additional time to investigate and research issues raised by the Draft Presentence Report.

4. The Probation Office currently requires the filing of a written motion for parties to receive an extension of the Presentence Report Objection deadline.

5. Thus, defense counsel requests until October 20, 2023 to file any Presentence Report Objections for Mr. Charlebois.

6. The government does not oppose the granting of this motion.

**WHEREFORE,** Mr. Charlebois respectfully requests an extension of the Presentence Report Objection deadline until October 20, 2023.

Respectfully submitted:

s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
Jp_davis@fd.org
*Attorney for Wynn A.D. Charlebois*

DATE: October 10, 2023