# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>WYNN A.D. CHARLEBOIS,<br><br>*Defendant.* | DOCKET NO. 3:22-CR-266-RJC<br><br>UNOPPOSED SECOND MOTION TO EXTEND PRESENTENCE REPORT OBJECTION DEADLINE |

Wynn A.D. Charlebois, by and through his counsel of record, Assistant Federal Defender John Parke Davis, respectfully requests that this Court continue the Presentence Report Objection deadline currently scheduled for October 20, 2023. As grounds therefore, it is averred:

1. On July 31, 2021, Mr. Charlebois pled guilty to one count of the Bill of Indictment charging him with wire fraud, pursuant to 18 U.S.C. § 1343. Mr. Charlebois pled guilty pursuant to a written plea agreement.

2. On September 25, 2023, the Draft Presentence Report (Doc. 27) was filed in this case. On October 10, 2023, Mr. Charlebois filed an Unopposed Motion to Extend Presentence Report Objection Deadline (the "First Motion"), seeking an extension of the Objection deadline to October 20, 2023. [Doc. 29]. This Court granted the First Motion on October 11, 2023.

3. Since filing the First Motion, the undersigned has unexpectedly needed to travel for personal reasons, and will be out of the office from October 17, 2023, until October 23, 2023. Defense counsel therefore needs an additional brief extension of time to investigate and research issues raised by the Draft Presentence Report.

4. Thus, defense counsel requests until Wednesday, October 25, 2023 to file any Presentence Report Objections for Mr. Charlebois.

6. Neither the government nor the United States Probation Office oppose the granting of this motion.

**WHEREFORE,** Mr. Charlebois respectfully requests an extension of the Presentence Report Objection deadline until October 25, 2023.

Respectfully submitted:

s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
Jp_davis@fd.org
*Attorney for Wynn A.D. Charlebois*

DATE: October 17, 2023