IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00266-RJC-SCR

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WYNN A.D. CHARLEBOIS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the second motion of the defendant to extend the deadline for filing objections to the Presentence Investigation Report, (Doc. No. 30), until October 25, 2023.

The Court finds that the defendant has stated sufficient cause to extend the deadline in this case.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**. The defendant shall file any objections, grounds for variance, or corrections on or before October 25, 2023.

The Clerk is directed to certify copies of this Order to the Federal Public Defender, to the United States Attorney, and the United States Probation Office.

Signed: October 18, 2023

Robert J. Conrad, Jr.
United States District Judge