IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:22-CR-266 |
| v. | ) ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| WYNN CHARLEBOIS | ) ) ) | |

**NOW COMES** the United States of America, by and through Dena J King, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the substitution of the undersigned Assistant United States Attorney as counsel for the government and termination of AUSA Jenny Sugar as attorney of record in the above- referenced action.

**RESPECTFULLY SUBMITTED**, this the 26th day of March 2024.

        **DENA J. KING**
        UNITED STATES ATTORNEY

        */s/ Daniel Ryan*
        Daniel Ryan
        Special Attorney to the Attorney General of the US
        United States Attorney's Office
        227 West Trade Street, Suite 1650
        IL Bar 6279737
        Charlotte, N.C. 28202
        Telephone: (704) 338-6222
        Fax: (704) 344-6629
        E-mail: daniel.ryan@usdoj.gov