# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:22-cr-266-RJC-SCR |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| | ) | |
| WYNN CHARLEBOIS | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, gives notice to this Honorable Court of the substitution of the undersigned Assistant United States Attorney as counsel for the government and termination of AUSA Maria Vento as attorney of record in the above- referenced action.

**RESPECTFULLY SUBMITTED**, this the 17th day of July 2025.

**RUSS FERGUSON**
UNITED STATES ATTORNEY


*/s/ Daniel Ryan*
Daniel Ryan
Special Attorney to the Attorney General of the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
IL Bar 6279737
Charlotte, N.C. 28202
Telephone: (704) 338-6222
Fax: (704) 344-6629
E-mail: daniel.ryan@usdoj.gov